

FILED

APR 2 9 2014

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                 Plaintiff,

     vs.

TIFFANY NOEL WOODY-BACANI,

                 Defendant.

CASE NO. 14cr967 DMS

## JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_   the Court has dismissed the case for unnecessary delay; or

 X   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_   of the offense(s) as charged in the Indictment/Information:

_____

_____

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/29/2014

_____
William V. Gallo
U.S. Magistrate Judge